UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LAM, | ) | Case No. CV 12-5828 PSG(JC) |
|     Petitioner, | ) | (PROPOSED) |
|     v. | ) | JUDGMENT |
| MATTHEW CATE, | ) | |
|     Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: __September 27, 2013__

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE